MC 07 00060

5219

| Form 668 (Y)(c)<br>(Rev. February 2004) | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** |
|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #15<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>403943807 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

FILED
Clerk
District Court

DEC - 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Name of Taxpayer CAMACHO EQUIPMENT RENTAL

Residence   PO BOX 500053
            SAIPAN, MP 96950-0053

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 12/31/2006 | 98-6020858 | 04/16/2007 | 05/16/2017 | 1508.73 |

| Place of Filing | | |
|---|---|---|
| US DISTRICT COURT OF CNMI<br>PO BOX 500687<br>Saipan, MP 96950 | Total $ | 1508.73 |

This notice was prepared and signed at ____INTERNATIONAL, PR____, on this,

the __14th__ day of __November__, __2007__.

| Signature<br>R. A. Mitchell<br>for C. MICHAEL BRANNAN | Title<br>REVENUE OFFICER<br>(206) 220-5522 | 35-02-1806 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X